David A. Butler, Jr. (SBN 139871)
butler.dave@sanbrunocable.com
305 San Bruno Avenue West
San Bruno, CA 94066
Telephone: (650) 873-3750
Facsimile: (650) 873-3168

Attorney for Plaintiff
JOSEPH BISHOP

Kristin L. Oliveira (SBN 204384)
koliveira@hkemploymentlaw.com
Amy A. Durgan (SBN 245325)
adurgan@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
AVIS BUDGET GROUP; AB CAR RENTAL
SERVICES INC.; and TALX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BISHOP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., dba AVIS BUDGET CAR RENTAL; TALX CORPORATION, dba UC EXPRESS; AB CAR RENTAL SERVICES INC.; DOES 1 - 300, inclusive,<br><br>　　　　　Defendants. | Case No. C 13-00566 SBA<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR; ORDER**<br><br>**Complaint Filed:** January 8, 2013 |

TO THE COURT:

　　　Plaintiff JOSEPH BISHOP ("Plaintiff") and Defendants AVIS BUDGET GROUP; AB CAR RENTAL SERVICES INC.; and TALX CORPORATION ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as follows:

## RECITALS

1. The parties agreed to participate in court-sponsored Alternative Dispute Resolution (ADR), specifically mediation. (Document 18)

2. The Court ordered that the parties complete ADR by August 2, 2013. (Document 20)

3. Plaintiff Joseph Bishop has been diagnosed with a serious medical condition. He recently received treatment for his medical condition and now resides in a convalescent hospital. Mr. Bishop has not been able to participate in this litigation, and it is not presently known when or if he will be able to participate in this litigation. Plaintiff's counsel awaits further information from Mr. Bishop's medical provider on this issue. At this time, Mr. Bishop cannot appear for his scheduled deposition.

4. The parties have not engaged in any discovery. Defendant intends to depose Mr. Bishop before mediation, but Mr. Bishop has been unable to appear for a deposition due to his medical condition.

5. In view of Mr. Bishop's medical condition and his inability to participate in the litigation including appear for a deposition, the parties respectfully request additional time to complete ADR.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows, subject to Court approval, that the deadline for the parties to complete ADR set for August 2, 2013 be continued to October 25, 2013.

IT IS SO STIPULATED:

2

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER
CASE NO. C 13-00566 SBA

4827-3695-4132

| | |
|---|---|
| Dated: June 11, 2013 | DAVID A. BUTLER, JR. |
| | By: */s/ David A. Butler, Jr.*<br>David A. Butler, Jr.<br>Attorney for Plaintiff<br>JOSEPH BISHOP |
| Dated: June 11, 2013 | HIRSCHFELD KRAEMER LLP |
| | By: */s/ Kristin L. Oliveira*<br>Kristin L. Oliveira<br>Amy A. Durgan<br>Attorneys for Defendants<br>AVIS BUDGET GROUP; AB CAR RENTAL SERVICES INC.; and TALX CORPORATION |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Kristin L. Oliveira*
KRISTIN L. OLIVEIRA

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER
CASE NO. C 13-00566 SBA

4827-3695-4132

**ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline to complete Alternative Dispute Resolution is continued from August 2, 2013 to **October 25, 2013**.

Dated: June 12, 2013        By: _/s/ Saundra B. Armstrong_
                                 Saundra Brown Armstrong
                                 Judge of the United States District Court

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER
CASE NO. C 13-00566 SBA

4827-3695-4132