1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSEPH BISHOP,

          Plaintiff,

    vs.

AVIS BUDGET GROUP, et al.,

          Defendants.

Case No:  C 13-00566 SBA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

As a result of Plaintiff's death, the parties have requested the Court to continue the Case Management Conference scheduled for September 11, 2013, for a period of 90 to 120 days. Accordingly,

IT IS HEREBY ORDERED THAT:

1.    The telephonic Case Management Conference currently scheduled for September 11, 2013, is CONTINUED to December 18, 2013 at 2:30 p.m.

2.    At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.

3.    Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 9/11/13

SAUNDRA BROWN ARMSTRONG
United States District Judge