UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH BISHOP,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, et al.,<br><br>Defendants. | Case No: C 13-00566 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

As a result of Plaintiff's death, the parties have requested the Court to continue the Case Management Conference scheduled for September 11, 2013, for a period of 90 to 120 days. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The telephonic Case Management Conference currently scheduled for September 11, 2013, is CONTINUED to December 18, 2013 at 2:30 p.m.

2. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders.

3. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 9/11/13

SAUNDRA BROWN ARMSTRONG
United States District Judge