UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH BISHOP,<br><br>   Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC.,dba AVIS BUDGET CAR RENTAL; TALX CORPORATION, dba UC EXPRESS; AB CAR RENTAL SERVICES, INC.; DOES 1 - 300, inclusive,<br><br>   Defendants. | Case No:  C 13-00566 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On August 13, 2013, Plaintiff's counsel filed a Suggestion of Death, notifying the Court that Plaintiff had died.  Dkt. 30.  Federal Rule of Civil Procedure 25(a) provides, in pertinent part: "A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent *must* be dismissed."  Fed. R. Civ. P. 25(a) (emphasis added).  Here, more than 90 days have passed since the Suggestion of Death was filed, and no request for substitution has been filed.  Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause in writing why the instant action should or should not be dismissed with or without prejudice under Federal Rule of Civil Procedure 25(a).  The memorandum in response to this order shall not exceed five (5) pages and shall be filed within seven (7) days of the date this Order is filed.  The failure to comply with this Order will constitute grounds for dismissing the action.  The telephonic Case Management Conference scheduled for December 18, 2013, is CONTINUED to January 23, 2014, at 3:30 p.m.

IT IS SO ORDERED.

Dated:  December 11, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge