UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH BISHOP,<br><br>    Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., dba AVIS BUDGET CAR RENTAL; TALX CORPORATION, dba UC EXPRESS; AB CAR RENTAL SERVICES, INC.; DOES 1 - 300, inclusive,<br><br>    Defendants. | Case No:  C 13-00566 SBA<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Court's Order to Show Cause Re Dismissal ("OSC") filed on December 11, 2013, the parties were instructed to show cause in writing why the instant action should or should not be dismissed under Federal Rule of Civil Procedure 25 based on Plaintiff's failure to file a motion for substitution within 90 days after service of a statement of death. Dkt. 37.  The Court warned the parties that the failure to respond by December 18, 2013, would be deemed grounds for dismissal.  Defendants timely filed a response stating that dismissal is appropriate. Dkt. 38.  Plaintiff failed to respond to the OSC.  Accordingly,

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 25 and 41(b), the instant action is DISMISSED.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  January 8, 2014

                                                                SAUNDRA BROWN ARMSTRONG
                                                                 United States District Judge